United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MARQUITA CORDOVA, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-15-1081 EMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>**(Docket Nos. 4, 6)** |

        On March 9, 2015, Defendants Marquita Cordova and Robert Griffis removed the instant action from state to federal court. *See* Docket No. 1 (notice of removal). Currently pending before the Court is Judge Beeler's report and recommendation ("R&R"), recommending that the lawsuit be remanded back to Contra Costa Superior Court. *See* Docket No. 4 (report and recommendation or "R&R"). The R&R was served on Defendants by mail on March 12, 2015. *See* Docket No. 4-1 (certificate of service). The Court has not since received any objection to the R&R from Defendants. *See* Fed. R. Civ. P. 72(b)(2) (providing that, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations"); Fed. R. Civ. P. 6(d) (providing that, "[w]hen a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a)").

The Court has reviewed Judge Beeler's R&R; finds it correct, well reasoned, and thorough; and therefore adopts it in every respect. Moreover, the Court also notes that Defendants' removal was not timely. *See* 28 U.S.C. § 1446(b)(1) (providing that "[t]he notice of removal . . . shall be filed within 30 days after the receipt by the defendant . . . of a cop of the initial pleading").

Because the Court is adopting the R&R, Plaintiff Fannie Mae's motion to remand is now moot. The Court acknowledges that Fannie Mae's motion included a request for an award of fees pursuant to 28 U.S.C. § 1447(c), which provides: "An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal." 28 U.S.C. § 1447(c). But Fannie Mae need not have incurred any fees in preparing the motion to remand because of Judge Beeler's R&R. Accordingly, to the extent Fannie Mae's motion is not moot because of its request for fees, the request for fees is hereby denied.

This order disposes of Docket Nos. 4 and 6.

IT IS SO ORDERED.

Dated: April 13, 2015

_____
EDWARD M. CHEN
United States District Judge

2